**Electronically Filed
Supreme Court
SCWC-19-0000482
07-SEP-2021
09:58 AM
Dkt. 3 ODAC**

SCWC-19-0000482

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

FU XIANG HE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000482, CASE NO. 1DTA-18-02761)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Defendant-Appellant Fu Xiang He's application for writ of certiorari filed on August 9, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, September 7, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins